**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2570

GROVER L. DRUMMOND,

Plaintiff - Appellant,

versus

ROBERT L. EHRLICH, JR., Governor of Maryland,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge. (CA-04-3765-1-BEL)

Submitted:  April 28, 2005                Decided:  May 3, 2005

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Grover L. Drummond, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Grover L. Drummond appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Drummond v. Ehrlich, No. CA-04-3765-1-BEL (D. Md. filed Dec. 10, 2004 & entered Dec. 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED